Form NOT11DOCDUE (Official Form )(10/06)

# United States Bankruptcy Court
Southern District of Alabama

In Re:  
Aline T. Middlebrooks  
xxx–xx–7577

Case Number: 09–14409

## NOTICE OF 11 U.S.C. 521(a)(1) DOCUMENTS DUE

The debtor(s)/petitioner(s) in this case has/have not filed the following documents:

- ☑ Certificate of Consumer Credit Counseling
- ☐ Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement
- ☐ List of Creditors
- ☐ Summary of Schedules
- ☐ Schedule of Current Income and Current Expenditures
- ☐ Statement of Financial Affairs
- ☐ Notice to Individual Consumer Debtors
- ☐ Certification of Submission of Payment Advices to Trustee
- ☐ Schedule A – Real Property
- ☐ Schedule B – Personal Property
- ☐ Schedule C – Property Claimed as Exempt
- ☐ Schedule D – Creditors Holding Secured Claims
- ☐ Schedule E – Creditors Holding Unsecured Priority Claims
- ☐ Schedule F – Creditors Holding Unsecured Claims
- ☐ Schedule G – Executory Contracts and Leases
- ☐ Schedule H – Codebtors
- ☐ Schedule I – Current Income of Individual Debtor(s)
- ☐ Schedule J – Current Expenditures of Indivdual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Verification of Creditor Matrix

The debtor(s)/petitioner(s) is/are hereby notified that this case may be dismissed in accordance with 11U.S.C. 521(i)(1) and/or 11 U.S.C. 521(i)(2) and/or that it may be closed without discharge if such documents are not filed timely.

Date: 9/22/09

LEONARD N. MALDONADO  
Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 1128-1           User: nixon                Page 1 of 1                Date Rcvd: Sep 22, 2009
Case: 09-14409                 Form ID: defntc            Total Noticed: 1
```

The following entities were noticed by first class mail on Sep 24, 2009.
```
db           +Aline T. Middlebrooks,    4828 Sollie Road,    Mobile, AL 36619-1450
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2009**                     Signature:    _/s/ Joseph Speetjens_