IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| ALINE MIDDLEBROOKS | * | CASE NO: 09-14409-WSS-7 |
| | * | |
| Debtor | * | |

**NOTICE OF CHANGE OF ADDRESS**

    COMES NOW, Debtor ALINE MIDDLE BROOKS, and files this notice of change of address for Creditor GE Money Bank as follows:

GE Money Bank
Attn: Bankruptcy Department
PO Box 103104
Roswell, GA 30076


Dated: November 25, 2009

                                                    /s/ Brenda Drendel Hetrick
                                                  Brenda Drendel Hetrick, PC
                                                  4321 Midmost Drive Suite A
                                                  Mobile, Alabama 36609
                                                  (251) 341-0405
                                                  (251) 650-1688 fax