Form ntchrgbk 03/06

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 09–14409
Chapter: 7
Judge: WILLIAM S. SHULMAN

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aline T. Middlebrooks
   4828 Sollie Road
   Mobile, AL 36619

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 5/25/10

Time: 08:30 AM

Matter:

*14* – Motion to Reopen Chapter 7 Case. Receipt Number WAIVER REQ, Fee $260 Filed by Aline T. Middlebrooks Brenda D. Hetrick (Hetrick, Brenda)

A MOTION WILL BE DISMISSED BY THE COURT IF THE MOVANT DOES NOT APPEAR AT THIS HEARING OR NOTIFY THE COURT AT LEAST ONE (1) DAY IN ADVANCE OF ANY AGREEMENT REACHED WITH ALL OTHER AFFECTED PARTIES BY CONTACTING ANGIE JEMISON AT <angie_jemison@alsb.uscourts.gov>. MOVANT'S COUNSEL MUST REPRESENT TO THE COURT THAT ALL AFFECTED PARTIES HAVE BEEN NOTIFIED OF, AND CONSENT TO, THE AGREEMENT.

Dated: 5/3/10

LEONARD N. MALDONADO
CLERK OF COURT

BY SUE SMITH
DEPUTY CLERK

# CERTIFICATE OF NOTICE

```
District/off: 1128-1          User: ssmith              Page 1 of 1              Date Rcvd: May 03, 2010
Case: 09-14409                Form ID: ntchrgBK         Total Noticed: 1
```

The following entities were noticed by first class mail on May 05, 2010.
db           +Aline T. Middlebrooks,    4828 Sollie Road,    Mobile, AL 36619-1450

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2010**                    Signature:    *Joseph Speetjens*