IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| ALINE T. MIDDLEBROOKS, | * | CASE NO: 09-14409-WSS-7 |
| | * | |
| Debtor. | * | |

## ORDER

This matter came on for a hearing on May 25, 2010, on Debtor's Motion to Reopen Case and Waive Filing Fees. Due notice of the hearing was given, and appearances were made as noted in the record. It appears that the court has jurisdiction of this matter, which is a core proceeding. It also appears that the motion is due to be granted.

It is therefore ORDERED that Debtor's Motion to Reopen Case and Waive Filing Fees is hereby GRANTED.

Dated:   June 1, 2010

/s/ William S. Shulman
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE

1

# CERTIFICATE OF NOTICE

```
District/off: 1128-1          User: nixon              Page 1 of 1              Date Rcvd: Jun 01, 2010
Case: 09-14409                Form ID: pdf1            Total Noticed: 17

The following entities were noticed by first class mail on Jun 03, 2010.
db          +Aline T. Middlebrooks,    4828 Sollie Road,    Mobile, AL 36619-1450
1999846      Bank Of America,    Customer Service,    P O Box 15026,    Wilmington, DE 19850-5026
1999847     +Bk Of Amer,    Po Box 17054,    Wilmington, DE 19850-7054
1999848     +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5300
1999851     +NCB Management Service,    P O Box 1099,    Langhorne, PA 19047-6099
1999852      Providence Hospital,    P O Box 851537,    Mobile, AL 36685-1537
1999854     +RBC,    P O Box 1070,    Charlotte, NC 28201-1070
1999853     +RBC,    P  O Box 1220,    Rocky Mount, NC 27802-1220
1999855      Rbc Bank Usa,    Attn: Retail Credit Manager,    Rocky Mount, NC 27802
1999856      Sears Credit Cards,    Customer Service,    P O Box 6283,    Sioux Falls, SD 57117-6283
1999857     +Sears Credit Cards,    Customer Service,    P O Box 20363,    Kansas City, MO 64195-0363
1999858     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
1999859     +Seton Medical,    6701 Airport Blvd D430,    Mobile, AL 36608-6759
1999860     +Southern Cancer Center,    6701 Airport Blvd D235,    Mobile, AL 36608-6701

The following entities were noticed by electronic transmission on Jun 01, 2010.
1999849      E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2010 01:24:20     GE Money,    Customer Service,
              P O Box 981127,    El Paso, TX  79998-1127
2034773     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2010 01:24:20     GE Money Bank,    P.O. Box 103104,
              Roswell, GA 30076-9104
1999850     +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2010 01:24:20     Gemb/walmart,    Po Box 981400,
              El Paso, TX 79998-1400
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2010**        **Signature:** *Joseph Speetjens*